UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKI SANATY,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1-50,<br><br>　　　　　　　　　Defendants. | Case No.: 3:22-cv-1819-JAH-WVG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND REMANDING THIS ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO.**<br><br>**(ECF No. 6).** |

　　　On November 18, 2022, Defendant Target Corporation ("Defendant") filed a Notice of Removal of this action from the Superior Court of California, County of San Diego. (Notice of Removal, ECF No. 1).  Defendant's Notice of Removal asserts jurisdiction is proper pursuant to 28 U.S.C. § 1332, which requires (1) diversity of citizenship, and (2) an amount in controversy exceeding $75,000.  Plaintiff Nikki Sanaty timely filed a Motion to Remand,  (Mot., ECF No. 6), and Defendant filed a Notice of Non-Opposition to Plaintiff's Motion, (Notice of Non-Opposition, ECF No. 7).  Plaintiff's Motion to Remand asserts this case does not satisfy the amount in controversy requirement, (Mot. at 4), and Defendant's Notice of Non-Opposition states the parties have stipulated that the damages in this action will not exceed the jurisdictional minimum, (Notice of Non-Opposition at 2).

As such, the Court has no basis to exercise jurisdiction over this matter. Accordingly, IT IS HEREBY ORDERED this Court,

1. **GRANTS** Plaintiff's Motion to Remand, (ECF No. 6), and
2. **REMANDS** this action to the Superior Court of California, County of San Diego.

**IT IS SO ORDERED.**

DATED: February 13, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE